

United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Robert H. Carroll
1402 N. Causeway Blvd. Apt 300
Mandeville, Louisiana 70471
865-387-8744

Plaintiff,

v.

U.S. Department of the Interior (DOI)
Secretary Ryan Zinke
1849 C Street, N.W.
Washington DC 20240

Defendant.

**COMPLAINT FOR INJUNCTIVE RELIEF**

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552, to order the production of agency records, concerning an investigation into agency hiring practices which defendant has improperly withheld from plaintiff.

2. This court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B).

3. Plaintiff, Robert H. Carroll, is an employee of DOI's Bureau of Safety and Environmental Enforcement (BSEE) in New Orleans La. and is the requester of the records which defendant is now withholding. Plaintiff has requested this information for use to inform congressional representatives, the public and co-workers of potential corruption within BSEE's hiring practices.

4. Defendant (U.S. Department of the Interior) is an agency of the United States and has possession of the documents that plaintiff seeks.

5. By email dated August 30, 2017, plaintiff requested access to copies of email, notes and the investigative report conducted by BSEE employee Linda Schubert into the hiring practices at BSEE. A copy of this email is attached as Exhibit 1.

6. By letter dated September 18, 2017, plaintiff was denied access to items 3,4, and 5 of the requested information on the grounds the DOI could neither confirm or deny the existence of the requested material and if the material did exist it would be exempt from disclosure under (b)(7)(A), (b)(7)(C), and (b)(7)(E) as described by 5 U.S.C. § 552(b)(7)(a)-(f). A copy of this letter is attached as Exhibit 2.

7. By email dated September 19, 2017, plaintiff appealed the denial of this request. A copy of this letter is attached as Exhibit 3.

TENDERED FOR FILING

APR 11 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clk

8. By letter dated September 28, 2017, plaintiff's appeal was denied. A copy of this letter is attached as Exhibit 4.

9. Plaintiff has a right of access to the requested information under 5 U.S.C. § 552(a)(3), and there is no legal basis for defendant's denial of such access.

WHEREFORE, plaintiff requests this Court:

(1) Order defendant to provide access to the requested documents;

(2) Award plaintiff costs and reasonable attorney's fees in this action, as provided in 5 U.S.C. § 552(a)(4)(E); and

(3) Grant such other and further relief as may deem just and proper.

Respectfully submitted,

*Robert H Carroll*

Robert H. Carroll
1402 N Causeway Blvd
Apt 300
Mandeville, Louisiana 70471
865-387-8744 cell

Dated: April 10, 2018

Robert Carroll
1402 N. Causeway Blvd
Apt 300
Mandeville, La 70471

7017 3380 0000 1254 1938

CERTIFIED MAIL

7017 3380 0000 1254 1938

Clerk's Office
500 Poydras Street
Room C151
New Orleans, LA 70130

FIRST CLASS



U.S. POSTAGE PAID
NEW ORLEANS, LA
70123
APR 10, 18
AMOUNT
$4.87
R2304E106859-14